

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY,<br>       Plaintiff<br><br>  v.<br><br>PAUL A. CZAPP, DAVID GRIFFITH AND CZAPP & GRIFFITH CO., t/d/b/a CZAPP & GRIFFITH PLUMBING AND HEATING, SEARS, ROEBUCK & COMPANY d/b/a SEARS HOME SERVICES, PA MECHANICAL SERVICES, INC., FRED HOLDER, JR. d/b/a COOL MASTER PROFESSIONAL SERVICES, JOHN SHIRVINSKY and CARROL SHIRVINSKY, individually and as parents and natural guardians of their minor children, LAUREN SHIRVINSKY and CRISTIN SHIRVINSKY,<br>       Defendants | CIVIL ACTION - LAW<br><br>NO. 1:CV-00-1328 |

**FILED**
HARRISBURG, PA

JUN 1 2 2002

MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk

**PRAECIPE FOR APPEARANCE**

TO THE CLERK OF COURTS:

  Please enter the appearance of Kenneth L. Joel, Esquire, and the law firm of Rhoads & Sinon LLP in the above action on behalf of Defendants, Carrol Pletcher, a/k/a Carrol Shirvinsky, Lauren Shirvinsky, and Cristin Shirvinsky. Please note that Rhoads & Sinon LLP does not represent John Shirvinsky.

           RHOADS & SINON, LLP

           _____
           David M. Barasch, Esquire
           Kenneth L. Joel, Esquire
           Paul J. Bruder, Jr., Esquire
           One South Market Square
           P.O. Box 1146
           Harrisburg, PA 17108-1146
           (717) 233-5731

Dated: ____6/11/02____

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2002, a true and correct copy of the foregoing Praecipe to Withdraw Appearance and Praecipe to Entry Appearance was served by means of United States mail, first class, postage prepaid, upon the following:

> Lawrence F. Markowitz, Esquire
> Markowtiz & Krevsky
> P.O. Box 392
> York, PA 17405-0392
>
> Walter H. Swayze, III, Esquire
> Segal, McCambridge, Singer & Mahoney, Ltd.
> 1515 Market Street, Suite 1720
> Philadelphia, PA 19102
>
> Rolf E. Korll, Esquire
> Margolis Edelstein
> P.O. Box 932
> Harrisburg, PA 17108-0932
>
> David L. Schwalm, Esquire
> Thomas, Thomas & Hafer, LLP
> P.O. Box 999
> Harrisburg, PA 17108
>
> E. Ralph Godfrey, Esquire
> Metzger, Wickersham, Knauss & Erb, P.C.
> P.O. Box 5300
> Harrisburg, PA 17110-0300

_____
Carolyn Hofecker