ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY,<br>                   Plaintiff<br><br>      v.<br><br>PAUL A. CZAPP, DAVID GRIFFITH AND CZAPP & GRIFFITH CO., t/d/b/a CZAPP & GRIFFITH PLUMBING AND HEATING, SEARS, ROEBUCK & COMPANY d/b/a SEARS HOME SERVICES, PA MECHANICAL SERVICES, INC., FRED HOLDER, JR. d/b/a COOL MASTER PROFESSIONAL SERVICES, JOHN SHIRVINSKY and CARROL SHIRVINSKY, individually and as parents and natural guardians of their minor children, LAUREN SHIRVINSKY and CRISTIN SHIRVINSKY,<br>                   Defendants | CIVIL ACTION - LAW<br><br>NO. 1:CV-00-1328 |

FILED
HARRISBURG, PA
JUN 12 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**PRAECIPE TO WITHDRAW APPEARANCE**

TO THE CLERK OF COURTS:

      Please withdraw the appearance of E. Ralph Godfrey, Esquire, on behalf of Defendants, John Shirvinsky and Carrol Shirvinsky, individually and as parents and natural guardians of their minor children, Lauren Shirvinsky and Cristin Shirvinsky.

                                METZGER, WICKERSHAM, KNAUSS & ERB, P.C.

                                By _____
                                     E. Ralph Godfrey, Esquire
                                     Attorney I.D. No. 77052
                                     P.O. Box 5300
                                     Harrisburg, PA 17110-0300
                                     (717) 238-8187

Dated: 6/11/02

Document #: 236219.1