(47
7/29/02
✗SM



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*
*Clerk of Court*

**July 26, 2002**

(717) 221-3920
FAX (717) 221-3959

**James K. Thomas, Esquire**
**David L. Schwalm, Esquire**
**Thomas, Thomas & Hafer**
**305 North Front Street**
**P.O. Box 999**
**Harrisburg, PA 17108-0999**

**Lawrence S. Markowitz, Esquire**
**Markowitz & Krevsky, P.C.**
**208 East Market Street**
**P.O. Box 392**
**York, PA 17405**

**Barry A. Solodky, Esquire**
**Blakinger, Byler & Thomas**
**28 Penn Square**
**Lancaster, PA 17603**

**E. Ralph Godfrey, Esquire**
**Metzger, Wickersham, Knauss & Erb**
**3211 North Front Street**
**Harrisburg, PA 17110**

**Kenneth L. Joel, Esquire**
**Rhoads & Sinon**
**One South Market Square**
**Harrisburg, PA 17101**

**Paul J. Bruder, Jr., Esquire**
**One South Market Square**
**12th Floor**
**Harrisburg, PA 17101**



FILED
JUL 2 6 2002
PER
HARRISBURG, PA.          DEPUTY CLERK

**IN RE:        State Auto Property and Casualty**
                    **vs.**
                    **Paul A. Czapp, et al.**

                    **1:CV-00-1328**

**TO ALL COUNSEL OF RECORD:**

        **Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before August 9, 2002.**

**Page Two**
**CV-00-1328**
**State Auto Property & Casualty vs. Czapp, et al.**


Additionally, you are directed to file a signed copy of same with the Clerk of Court's Office at P.O. Box 983, Harrisburg, PA 17108 within the above deadline.

Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Ann Severino Michael
Deputy Clerk


cc:    Judge William W. Caldwell
       M. Douglas Eisler, Esquire
       Mark A. Larson, Esquire
       File Copy