**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY<br>       Plaintiff<br><br>v.<br><br>PAUL A. CZAPP, DAVID GRIFFITH AND CZAPP & GRIFFITH CO., t/d/b/a CZAPP & GRIFFITH PLUMBING AND HEATING, SEARS, ROEBUCK & COMPANY d/b/a SEARS HOME SERVICES, , PA MECHANICAL SERVICES, INC., FRED HOLDER, JR. d/b/a COOL MASTER PROFESSIONAL SERVICES, JOHN SHIRVINSKY and CARROL SHIRVINSKY, a/k/a CARROL PLETCHER, individually and as parents and natural guardians of their minor children, LAUREN SHIRVINSKY and CRISTIN SHIRVINSKY<br>       Defendants | : : : : : : : : : : : : : : : : : : : : : : | NO. 1:CV-00-1328<br><br>FILED<br>HARRISBURG, PA<br>AUG 0 7 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### DEFENDANTS, CARROL PLETCHER, LAUREN SHIRVINSKY AND CRISTIN SHIRVINSKY'S STATUS REPORT

NOW COMES, Defendants, Carrol Shirvinsky, a/k/a Carrol Pletcher (hereinafter "Pletcher"), Lauren Shirvinsky (hereinafter "Lauren") and Cristin

438859.1

Shirvinsky (hereinafter "Cristin"), by and through their attorneys, Rhoads & Sinon LLP and Kenneth L. Joel, Esquire, and files the following:

1. On June 11, 2002, Kenneth L. Joel, Esquire entered his appearance in the above referenced matter, and is just beginning to become acquainted with the facts and allegations surrounding this matter. Rhoads & Sinon LLP represents Pletcher and her daughters. Rhoads & Sinon does not represent John Shirvinsky

2. Discovery in this matter is still ongoing.

3. This case has neither been settled or tried, therefore a stay in this court is still appropriate.

WHEREFORE, Defendants, Carrol Shirvinsky, a/k/a Carrol Pletcher, Lauren Shirvinsky and Cristin Shirvinsky hereby request that this court, stay all trial proceedings in the above-captioned matter until such time as discovery can be completed.

                                Respectfully submitted,
RHOADS & SINON LLP

By: _____
David M. Barasch, Esquire
Kenneth L. Joel, Esquire
Paul J. Bruder, Jr., Esquire
One South Market Sq., P.O. Box 1146
Harrisburg, PA 17108-1146
Attorneys for Plaintiff, Carrol
Pletcher, a/k/a Carrol Shirvinsky,
Lauren Shirvinsky and Cristin
Shirvinsky

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2002, a true and correct copy of the foregoing Status Report was served by means of United States mail, first class, postage prepaid, upon the following:

>James K. Thomas, Esquire
>David L. Schwalm, Esquire
>Thomas, Thomas & Hafer
>305 North Front street
>P.O. Box 999
>Harrisburg, PA 17108-099
>
>M. Douglas Eisler, Esquire
>The Curtis Center, Suite 1130 East
>Independence Square West
>Philadelphia, PA 19106
>
>Lawrence S. Markowtiz, Esquire
>Markowitz & Krevsky, P.C.
>208 East Market Street
>P.O. Box 392
>York, PA 17405
>
>Barry A. Solodky, Esquire
>Blakinger, Byler & Thomas
>28 Penn Square
>Lancaster, PA 17603
>
>John Shirvinsky
>2800 Fairview Road
>Camp Hill, PA 17011

*Carolyn H/ecker*
Carolyn M. Hofecker