# MARKOWITZ & KREVSKY P.C.
ATTORNEYS-AT-LAW

208 EAST MARKET STREET
P.O. BOX 392
YORK, PENNSYLVANIA 17405-0392
(717) 843-2876
Fax (717) 843-1821

1101 NORTH FRONT STREET
HARRISBURG, PA 17102
(717) 221-8338
Please direct all correspondence
to the York office.

August 12, 2002

The Honorable William W. Caldwell
United States District Court
Middle District of Pennsylvania
228 Walnut St., P.O. Box 983
Harrisburg, PA 17108

Re: C & G Refrigeration, Inc. v. State Auto Property & Casualty
Our file No. 2758
1:CV 00 1328

Dear Judge Caldwell:

I have received the Order of July 26, 2002 requesting a status report in the above-captioned case. Please be advised that I join in Attorney Schwalm's July 30, 2002 status report regarding this case.

Very truly yours,

MARKOWITZ & KREVSKY P.C.

Lawrence S. Markowitz

LSM:sss
cc:  David L. Schwalm, Esquire
     Barry Solodky, Esquire
     E. Ralph Godfrey, Esquire
     Kenneth L. Joel, Esquire
     Paul J. Bruder, Jr., Esquire
     Ann Severino-Michael, Deputy Clerk ✓
     C & G Refrigeration
Via Airborne Express mail

