

OFFICE OF THE CLERK
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

May 21, 2003

David L. Schwalm, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999

Lawrence S. Markowitz, Esquire
Markowitz & Krevsky P.C.
208 East Market Street
P.O. Box 392
York, PA 17405

Barry A. Solodky, Esquire
Blakinger, Byler & Thomas
28 Penn Square
Lancaster, PA 17603

E. Ralph Godfrey, Esquire
Godfrey & Courtney, P.C.
2215 Forest Hills Drive
Suite 36
Harrisburg, PA 17112

Kenneth L. Joel, Esquire
Rhoads & Sinon
One South Market Street
P.O. Box 1146
Harrisburg, PA 17108

M. Douglas Eisler, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA 19106

Mark A. Larson, Esquire
Sable, Pusateri, Rosen, Gordon & Adams, LLC
Seventh Floor - Frick Building
Pittsburgh, PA 15219

**FILED**
HARRISBURG, PA

MAY 2 1 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN RE:    State Auto Property and Casualty
          vs.
          Paul A. Czapp, et al.
          1:CV-00-1328

Dear Counsel:

    Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before June 5, 2003.

CV-00-1328
Page 2

     Additionally, you are directed to file a signed copy of same with the Clerk of Court's Office at P.O. Box 983, Harrisburg, PA 17108 within the above deadline.

     Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

cc:    Judge William W. Caldwell
       James K. Thomas, II, Esquire
       Paul J. Bruder, Jr., Esquire
       File Copy