# ORIGINAL

## MARKOWITZ & KREVSKY P.C.
### ATTORNEYS-AT-LAW

*NONE to CV*

COPY

208 EAST MARKET STREET
P.O. BOX 392
YORK, PENNSYLVANIA 17405-0392
(717) 843-2876
Fax (717) 843-1821

1101 NORTH FRONT STREET
HARRISBURG, PA 17102
(717) 221-8338
Please direct all correspondence
to the York office.

May 27, 2003

**FILED**
**HARRISBURG, PA**

MAY 2 9 2003

MARY E. ~~D'ANDREA~~ CLERK
Per _____
Deputy Clerk

The Honorable William W. Caldwell
United States District Court
Middle District of Pennsylvania
P.O. Box 11877
Harrisburg, PA 17108

Re:    C & G Refrigeration, Inc. v. State Auto Property & Casualty
       Our file No. 2758
       1:CV 00 1328

Dear Judge Caldwell:

In response to your May 21, 2003 request for a status report in the above-captioned matter, to the best of our knowledge the underlying litigation is still ongoing and no steps can be taken on this case until such litigation is resolved.

Very truly yours,

MARKOWITZ & KREVSKY P.C.

Lawrence S. Markowitz

LSM:sss
cc:    David L. Schwalm, Esquire
       Barry Solodky, Esquire
       E. Ralph Godfrey, Esquire
       Kenneth L. Joel, Esquire
       M. Douglas Eisler, Esquire
       Mark A. Larson, Esquire
       Ann Severino-Michael, Deputy Clerk
       C & G Refrigeration