

**Blakinger, Byler & Thomas, P.C.**

28 Penn Square
Lancaster, PA 17603
717-299-1100
Fax 717-299-9529

Writer's Direct Dial Number:
(717) 509-7273

E-MAIL: bas@bbt-law.com

Attorneys at Law

James H. Thomas
Michael D. Bull
Frank P. Mincarelli
Stephen M. Kraybill
Dan A. Blakinger
Barry A. Solodky
Susan E. Grosh
Frank J. Vargish, III
David R. Workman
George T. Cook
Laura Lyon Slaymaker
Jesse C. Robinson
Peter B. Astorino*
Kim Carter Paterson
Theresa A. Mongiovi
Aaron S. Marines
Susan P. Peipher
Aaron D. Hollis

\* Also Member MD, FL Bar

Of Counsel
Edward L. Miller

Retired
Richard J. Blakinger

Charles B. Grove, Jr.
(1958-1985)

Samuel S. Wenger
(1938-1989)

M. Elvin Byler
(1965-1992)

May 27, 2003

The Honorable William W. Caldwell
U.S. Bankruptcy Court
P.O. Box 11877
Harrisburg, PA 17108

Re:    State Auto Property and Casualty v.
       Paul A. Czapp, et al.
       1:CV-00-1328

Dear Judge Caldwell:

This letter is to advise you that our office had previously represented PA Mechanical Services, Inc. They have been out of business for at least four years and have not been active in this case. No pleading has ever been filed on their behalf. Notwithstanding that, I continue to receive Notices in this matter. Thus, PA Mechanical Services, Inc. will not be submitting a Status Report in this case.

With kind regards,

Very truly yours,

BLAKINGER, BYLER & THOMAS, P.C.

Barry A. Solodky
BAS:jds

cc:  Michael Schmidt
     Ed Irwin

#298336.1/12355.015

FILED
HARRISBURG, PA

MAY 3 0 2003

MARY E. [...]
Per [...] CLERK