**GODFREY & COURTNEY, P.C.**

ORIGINAL

No copies to W

May 27, 2003

FILED
HARRISBURG, PA

JUN 0 4 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Office of the Clerk
United States District for the
Middle District
228 Walnut Street, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Re: **State Auto Property and Casualty v. Paul A. Czapp, et al.**
    **Docket No.: 1:CV-00-1328**

Dear Judge Caldwell:

In response to the request for a status reporting the above-referenced matter, please be advised that I am no longer associated with the law firm of Metzger, Wickersham, Knauss & Erb, P.C. Furthermore, Kenneth L. Joel, Esquire of Rhoades & Sinon has assumed the representation of the Shirvinskys. Accordingly, I will not be filing a status report in this matter.

Should you need any additional information or have any questions, please do not hesitate to contact me.

Very truly yours,

GODFREY & COURTNEY, P.C.

E. Ralph Godfrey

ERG/kat
Enclosure
cc:   David L. Schwalm, Esquire
      Lawrence S. Markowitz, Esquire
      Barry A Solody, Esquire
      Kenneth L. Joel, Esquire
      M. Douglas Eisler, Esquire
      Mark A Larson, Esquire

*2215 Forest Hills Drive*

*Suite 36*

*P.O. Box 6280*

*Harrisburg, PA 17112-0280*

*telephone 717-540-3900*

*fax 717-540-3555*