```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

STATE AUTO PROPERTY              :
AND CASUALTY,
      Plaintiff                 :

                                       :
      vs.                              CIVIL ACTION NO. 1:CV-00-1328
                                       :

PAUL A. CZAPP, DAVID GRIFFITH    :
AND CZAPP & GRIFFITH CO.
t/d/b/a CZAPP & GRIFFITH         :
PLUMBING AND HEATING;
SEARS, ROEBUCK & COMPANY d/b/a   :
SEARS HOME SERVICES;
PA MECHANICAL SERVICES, INC.;    :
FRED HOLDER, JR. d/b/a COOL
MASTER PROFESSIONAL SERVICES;    :
JOHN SHIRVINSKY and CARROL
SHIRVINSKY, individually and as  :
parents and natural guardians of
their minor children, LAUREN     :
SHIRVINSKY and CRISTIN SHIRVINSKY,
      Defendants                :

## O R D E R

        AND NOW, this 8th day of August, 2003, it is ORDERED that:

        1.  This case shall be closed for administrative purposes only as of this date.

        2.  The Clerk of Court in Harrisburg, PA shall retain custody of this file until further order.

      3. This case may be reactivated upon notice from any party, if and when appropriate.

                    <u>/s/William W. Caldwell</u>
                    William W. Caldwell
                    United States District Judge