

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

March 31, 2006

David L. Schwalm, Esquire
James K. Thomas, II, Esquire
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999

IN RE:  State Auto Property & Casualty
        vs.
        Paul A. Czapp, et al.
        1:CV-00-1328

Dear Counsel:

Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before April 10, 2006.

Additionally, you are directed to electronically file a signed copy of same with the Clerk of Court's Office within the above deadline.

Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

cc: Judge William W. Caldwell
    Lawrence S. Markowitz, Esquire
    Barry A. Solodky, Esquire
    Kenneth L. Joel, Esquire
    Paul J. Bruder, Esquire
    M. Douglas Eisler, Esquire
    File Copy