# THOMAS, THOMAS & HAFER LLP
### ATTORNEYS AT LAW



www.tthlaw.com

Mailing Address: P.O. Box 999, Harrisburg, PA 17108
Street Address: 305 North Front Street, Harrisburg, PA 17101
Phone: (717) 237-7100   Fax: (717) 237-7105

*David L. Schwalm*
*(717) 255-7643*
*dschwalm@tthlaw.com*

April 5, 2006

**ELECTRONICALLY FILED**

Honorable William W. Caldwell
P.O. Box 11877
Harrisburg, PA  17108

    **Re:** **State Auto Property & Casualty v. Czapp, et al.**
          **1:CV-00-1328**
          **Our File No.:  471-60520**

Dear Judge Caldwell:

    In response to the letter request of March 31, 2006, I am providing you with the following status report with respect to the above matter. Based upon my discussions with counsel in the underlying liability action, which is currently pending in Cumberland County, it is my understanding that the Defendants' Summary Judgment Motions in that case were denied in the Fall of 2005. The parties are currently involved in concluding discovery and a trial is anticipated this year. It will be necessary for State Auto to review the damages claimed by the Plaintiffs in the underlying case and determine the basis for potential liability of Czapp and Griffith in that case to establish the applicability of the pollution exclusion to those claims. At this time, Plaintiff State Auto believes that the Court will be in a position to reopen this matter for a final determination as to the existence of coverage in the underlying case either upon the completion of discovery or the conclusion of the trial of that claim. In the meantime, this declaratory judgment action should continue to be stayed.

T<span>HOMAS</span>, T<span>HOMAS</span> & H<span>AFER</span> LLP
Honorable William W. Caldwell
April 5, 2006
Page 2

    Thank you for your attention to this matter.  If you need any additional information, please feel free to advise us and we will supplement this report.

        Yours very truly,

        THOMAS, THOMAS & HAFER, LLP

        By:  **/s/ David L. Schwalm**
            David L. Schwalm

DLS/wer
cc:    Paul J. Bruder, Jr., Esquire (*via electronic notice*)
      Lawrence S. Markowitz, Esquire (*via electronic notice*)
      Kenneth L. Joel, Esquire (*via electronic notice*)
      Barry A. Solodky, Esquire (*via regular mail*)
      M. Douglas Eisler, Esquire (*via regular mail*)
419784.1