# The Law Offices of Larry Markowitz

| | |
|---|---|
| 717-848-3282 (voice) | 1630 Randow Rd. |
| 717-848-5582 (fax) | York, PA 17403 |
| LarryM359@aol.com | |

April 10, 2006

ELECTRONICALLY FILED

Honorable William W. Caldwell
P.O. Box 11877
Harrisburg, PA 17108

RE: State Auto v. Czapp et al.
    1: CV-00-1328

Dear Judge Caldwell:

I received your letter of March 31, 2006 requesting a status report in this case. I concur fully with the status report filed by Attorney Schwalm on April 5, 2006. I would respectfully suggest that the Court require an updated status report around December 1, 2006.

Very truly yours,


/s Lawrence S. Markowitz

The Law Offices of Larry Markowitz
Lawrence S. Markowitz, Esq.

LSM

cc: All counsel of record