

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

December 11, 2006

James K. Thomas, II, Esquire
David L. Schwalm, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999

IN RE:   State Auto Property & Casualty
vs.
Paul A. Czapp, et al.
1:CV-00-1328

Dear Counsel:

Please be advised you are hereby directed to submit a status report to the Honorable William W. Caldwell at P.O. Box 11877, Harrisburg, PA 17108 on or before December 22, 2006.

Additionally, you are directed to electronically file a signed copy of same with the Clerk of Court's Office within the above deadline.

Thank you for your consideration in this matter.

Very truly yours,

MARY D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

cc:   Judge William W. Caldwell
Lawrence S. Markowitz, Esquire
Barry A. Solodky, Esquire
Kenneth L. Joel, Esquire
Paul J. Bruder, Jr., Esquire
M. Douglas Eisler, Esquire
Walter Swayze, III, Esquire
File Copy

FILED
HARRISBURG, PA

DEC 1 1 2006

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk