# THOMAS, THOMAS & HAFER LLP
ATTORNEYS AT LAW



www.tthlaw.com

Mailing Address: P.O. Box 999, Harrisburg, PA 17108
Street Address: 305 North Front Street, Harrisburg, PA 17101
Phone: (717) 237-7100    Fax: (717) 237-7105

*David L. Schwalm*
*(717) 255-7643*
*dschwalm@tthlaw.com*

April 4, 2008

**ELECTRONICALLY FILED**
Honorable William W. Caldwell
United States District Court for the
  Middle District of Pennsylvania
P.O. Box 11877
Harrisburg, PA 17108

    Re:    State Auto Property & Casualty v. Czapp, et al.
            1:CV-00-1328
            Our File No.: 471-60520

Dear Judge Caldwell:

    Pursuant to the Court's Order of July 19, 2001, the above Declaratory Judgment Action was stayed pending resolution of the underlying action filed in Cumberland County at No. CV-99-6753. We hereby notify you that the underlying action has now been settled. A Stipulation of Dismissal is being circulated among counsel to terminate this Declaratory Judgment Action.

    Thank you for your attention to this matter.

            Yours very truly,

            THOMAS, THOMAS & HAFER, LLP

            By:  **/s/ David L. Schwalm**
                  David L. Schwalm

DLS/wer
cc:    Paul J. Bruder, Jr., Esquire (*via electronic notice*)
        Lawrence S. Markowitz, Esquire (*via electronic notice*)
        Kenneth L. Joel, Esquire (*via electronic notice*)
        Barry A. Solodky, Esquire (*via regular mail*)
        M. Douglas Eisler, Esquire (*via regular mail*)

---

Bethlehem Office  ♦ 3400 Bath Pike, Suite 302, Bethlehem, PA 18017  ♦ Phone: (610) 868-1675 ♦ Fax: (610) 868-1702
Pittsburgh Office  ♦ 301 Grant Street, Suite 1150, Pittsburgh, PA 15219  ♦ Phone: (412) 697-7403 ♦ Fax: (412) 697-7407