IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY, <br>           Plaintiff <br><br> v. <br><br> PAUL A. CZAPP, DAVID GRIFFITH AND CZAPP & GRIFFITH CO., t/d/b/a CZAPP & GRIFFITH PLUMBING AND HEATING, et al. <br>           Defendants | CIVIL ACTION – LAW <br><br> NO.: 1:00-CV-1328 <br><br> (Judge William W. Caldwell) <br><br> ELECTRONICALLY FILED |

**STIPULATION OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

AND NOW, pursuant to Federal Rule of Civil Procedure 41, the parties hereto stipulate to the dismissal of the above action in light of the settlement of the underlying action filed in the Court of Common Pleas of Cumberland County, Pennsylvania, at Docket No. 99-6753.

LAW OFFICES OF     LARRY    RHOADS & SINON
MARKOWITZ

_____
Lawrence S. Markowitz, Esquire
1630 Randow Road
York, PA 17403
*Attorney for Czapp & Griffith*

Date: 2/18/08

_____
Kenneth L. Joel, Esquire
Paul J. Bruder, Jr., Esquire
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108
*Attorney for Defendants Shirvinsky*

Date:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY,<br>           Plaintiff<br><br>v.<br><br>PAUL A. CZAPP, DAVID GRIFFITH AND CZAPP & GRIFFITH CO., t/d/b/a CZAPP & GRIFFITH PLUMBING AND HEATING, et al.<br>           Defendants | CIVIL ACTION – LAW<br><br>NO.: 1:00-CV-1328<br><br>(Judge William W. Caldwell)<br><br>ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

AND NOW, pursuant to Federal Rule of Civil Procedure 41, the parties hereto stipulate to the dismissal of the above action in light of the settlement of the underlying action filed in the Court of Common Pleas of Cumberland County, Pennsylvania, at Docket No. 99-6753.

| MARKOWITZ & KREVSKY | RHOADS & SINON |
|---|---|
| _____<br>Lawrence F. Markowitz, Esquire<br>208 E. Market Street<br>P.O. Box 392<br>York, PA 17405-0392<br>*Attorney for Czapp & Griffith*<br><br>Date: | *[signature]*<br>_____<br>Kenneth L. Joel, Esquire<br>Paul J. Bruder, Jr., Esquire<br>One South Market Square<br>P.O. Box 1146<br>Harrisburg, PA 17108<br>*Attorney for Defendants Shirvinsky*<br><br>Date: |

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | MARGOLIS EDELSTEIN |

_____    _____
M. Douglas Eisler, Esquire           Rolf E. Kroll, Esquire
The Curtis Center, Suite 1130 East   P.O. Box 932
Independence Square West             Harrisburg, PA 17108-0932
Philadelphia, PA 19106-3308          *Attorney for Fred Holder*
*Attorney for Sears Roebuck & Co.*

Date: 2/20/08                        Date:

BLAKINGER, BYLER & THOMAS            THOMAS, THOMAS & HAFER, LLP

_____    _____
Barry A. Solodky, Esquire            David L. Schwalm, Esquire
28 Penn Square                       305 North Front Street
Lancaster, PA 17603                  P.O. Box 999
*Attorney for PA Mechanical          Harrisburg, PA 17108-0999
Services, Inc.*                      *Attorney for Plaintiff State Auto*

Date:                                Date:

2

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | MARGOLIS EDELSTEIN |

*Counsel did not enter appearance on docket.*

M. Douglas Eisler, Esquire
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA 19106-3308
*Attorney for Sears Roebuck & Co.*

Rolf E. Kroll, Esquire
P.O. Box 932
Harrisburg, PA 17108-0932
*Attorney for Fred Holder*

Date:

Date:

BLAKINGER, BYLER & THOMAS

THOMAS, THOMAS & HAFER, LLP

Barry A. Solodky, Esquire
28 Penn Square
Lancaster, PA 17603
*Attorney for PA Mechanical Services, Inc.*

David L. Schwalm, Esquire
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999
*Attorney for Plaintiff State Auto*

Date: 2/8/08

Date: 2/11/08

2

## CERTIFICATE OF SERVICE

I, David L. Schwalm, Esquire, attorney for the law firm of Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record in the manner and on the date set forth below:

<u>By the Middle District Court via Electronic Filing</u>:

| | |
|---|---|
| Paul J. Bruder, Jr., Esquire | pbruder@rhoads-sinon.com |
| Kenneth L. Joel, Esquire | kjoel@rhoads-sinon.com |
| | |
| Lawrence S. Markowitz, Esquire | LarryM359@aol.com |

<u>By First Class U.S. Mail</u>:

M. Douglas Eisler, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA  19106-3308

Barry A. Solodky, Esquire
BLAKINGER, BYLER & THOMAS
28 Penn Square
Lancaster, PA  17603

THOMAS, THOMAS & HAFER, LLP

Dated:  July 17, 2008

/s/ David L. Schwalm
David L. Schwalm, Esquire